Certificate Number: 03621-PAW-DE-032455471

Bankruptcy Case Number: 19-70020



03621-PAW-DE-032455471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2019, at 8:59 o'clock PM EDT, Pamela Hiles completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 17, 2019            By:    /s/Damaris Soto

                                  Name:  Damaris Soto

                                  Title: Credit Counselor