IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PAMELA J. HILES | : | Case No. 19-70020-JAD |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| PAMELA J. HILES | : | |
| | : | |
| Movant, | : | |
| | : | Related to Docket Nos. 15 & 17 |
| vs. | : | |
| | : | |
| NO RESPONDENTS | : | |

CERTIFICATE OF SERVICE OF ORDER OF COURT AND AMENDED SCHEDULE C

    I, Candice J. Raymond, Attorney for Debtor, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 22, 2019 as follows:

    By First Class Mail as follows:

    James R. Walsh
    Spence, Custer, Saylor, Wolfe and Rose LLC
    1067 Menoher Boulevard
    Johnstown, PA 15905

    Office of the United States Trustee
    1001 Liberty Avenue
    Suite 970
    Pittsburgh, PA 15222

    All creditors listed on the attached creditor matrix

                                            Respectfully Submitted,

                                            /s/ Candice J. Raymond
                                            Candice J. Raymond, Esquire
                                            Attorney for Debtors
                                            PA I.D. # 90846
                                            Law Office of Candice J. Raymond
                                            PO Box 226
                                            Mt. Pleasant, PA 15666
                                            (724) 613-1802

                                            craymondlaw@gmail.com

Alleghany Regional Endoscopy
810 Valley View Boulevard
Altoona, PA 16602

Bank Of America
PO Box 982238
El Paso, TX 79998

Benuck & Rainey, Inc.
25 Concord Road
Lee, NH 03861

Blair Gastroenterology Associates
810 Valley View Boulevard
Altoona, PA 16602

Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY 14206

Chase Card
PO Box 15298
Wilmington, DE 19850

Citicards CBNA
PO Box 6241
Sioux Falls, SD 57117

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Credit Control Collections
2410 Broad Avenue
Altoona, PA 16601

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Keystone Dermatology
2525 9th Avenue
Suite 2A
Altoona, PA 16602

Peerless Credit Services Inc.
PO Box 518
Middletown, PA 17057

ProCare
3200 Fairway Drive
Altoona, PA 16602

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

Synchrony Bank/Amazon
4125 Windward Plaza
Alpharetta, GA 30005

UPMC
PO Box 371472
Pittsburgh, PA 15250-7472